NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ANTHONY G. HUNT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7039

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4707, Judge Lawrence B. Hagel.

---

ON MOTION

---

PER CURIAM.

ORDER

Anthony G. Hunt moves for reconsideration and requests rehearing en banc in response to this court's denial of his motion to compel the government to produce various documents.

As the court's prior order noted, neither the Federal Rules of Appellate Procedure nor the Federal Circuit Rules provide for discovery on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The panel denies the motion for reconsideration.

(2) The request for en banc review shall be circulated to the full court for its review along with a copy of this order.

FOR THE COURT

**OCT 2 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony G. Hunt
    Daniel B. Volk, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 6 2012

JAN HORBALY
CLERK